## 59771. WOODALL v. HIXON.

CARLEY, Judge.

In *Woodall v. Hixon,* 154 Ga. App. 844 (270 SE2d 65) (1980), this court, relying upon *Echols v. Phillips,* 112 Ga. 700 (37 SE 977) (1900), reversed the judgment of the State Court of Carroll County. On certiorari a majority of the Supreme Court of Georgia found *Echols* to be distinguishable and reversed our judgment. *Hixon v. Woodall,* 246 Ga. 758 (1980). The judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is affirmed.

*Judgment affirmed. Quillian, C. J., and Shulman, P. J., concur.*

DECIDED JANUARY 14, 1981.

*Charles E. Kuntz,* for appellant.

*Thomas E. Greer, David H. Tisinger,* for appellee.